SY LEE CASTLE
PLAINTIFF/PETITIONER/MOVANT'S NAME

C-82790
PRISON NUMBER

KERN VALLEY STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX 5102, DELANO, CA. 93216
ADDRESS

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ✓ No
COPIES SENT TO
Court ✓ Prose

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

SY LEE CASTLE,
_____,
Plaintiff/Petitioner/Movant

v.

M. RAMIREZ et al,
_____,
Defendant/Respondent

Civil No. '08 CV 0347 DMS POR
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, SY LEE CASTLE
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  KERN VALLEY STATE PRISON
   Are you employed at the institution?           ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.] (Yes)

CIV-67 (Rev. 9/97)                                                       K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ___N/A___

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __UNDER SECURITY INCORPORATION__
   (B) 400 EVERY TWO WEEKS   1719 WEST COMMONWEALTH LOS ANGELES CA 90012

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. ___N/A___

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): ___N/A___
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): ___N/A___
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make: __N/A__   Year: __N/A__   Model: __N/A__
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? __N/A__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _N/A  NO_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _N/A_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _N/A_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _N/A_

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____            _____
         DATE                            SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                    -3-                    K:\COMMON\FORMS\CIV-67

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Sy Lee Casill  C-82790__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__2/14/08__  
DATE

__Sy Lee Casill__  
SIGNATURE OF PRISONER

_CASTLE_
_____
Petitioner

_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _SY LEE CASTLE_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _N/A_

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _UNDER SECURITY INC. $400 EVERY TWO WEEKS 1719 WEST COMMONWEALTH LOS ANGELES, CA 90012_

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes ☒ No
   d. Gifts or inheritances?   ☐ Yes ☒ No
   e. Any other sources?   ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _N/A_

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No
   If the answer is yes, state the total value of the items owned: _N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _N/A_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _2/3/08_                    _by Ju Cast_
             Date                          Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _0_ on account to his credit at the _Kern Valley State Prison_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _N/a_

_2/7/08_                          _T. Bruggs, Asst Such_
   Date                      Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                           REPORT DATE: 02/07/08
                                                  PAGE NO:       1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                       KERN VALLEY STATE PRISON
                     INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT


             FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 07, 2008

ACCOUNT NUMBER : C82790            BED/CELL NUMBER: FBB500000000122W
ACCOUNT NAME   : CASTLE, SY LEE    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL         CURRENT       HOLDS      TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
   ---------    ---------    -----------    ---------    ---------    ------------
       0.00         0.00          0.00          0.00         0.00            0.00


                                                CURRENT
                                               AVAILABLE
                                                BALANCE
                                               ---------
                                                   0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY _____
TRUST OFFICE