# UNITED STATES DISTRICT COURT

### Southern District of California

Sy Lee Castle

                        Plaintiff,

v.                                          Case No.: 3:08−cv−00347−DMS−POR

                                                  Judge Dana M. Sabraw

M Ramirez, et al.

                        Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**\_\_X\_\_**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiffs First Amended Complaint is Dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. &#167; 1915(e)(2)(B) and § 1915A(b). Moreover, because the Court finds amendment of Plaintiffs § 1983 claims would be futile at this time, leave to amend is Denied.

                                                                   W. Samuel Hamrick, Jr.,
                                                                            Clerk of the Court

Date: 8/11/08

                                                                        By: s/ L. Odierno, Deputy Clerk

                                                                        ENTERED ON: August 11, 2008